1
 Dennis Sladek and Dianna Sladek, Petitioners v. Bank of America, NA, a North Carolina Corporation; Barrett Frappier Weisserman, LLP; Aronowitz & Mecklenburg, LLP; Randall Chin; Colorado District Court; El Paso County; Kathryn Louise-Mccullough; Kyle Landon Murphy; Safeguard Properties, an Ohio Corporation; Select Portfolio Servicing, a Utah Corporation; Southcentral Foreclosure Cleanout; and U.S. Bank, a Minnesota Corporation. Respondents No. 26SC182Supreme Court of Colorado, En BancJune 23, 2026
           Court
 of Appeals Case No. 25CA2211
 
 
 
          Petition
 for Writ of Certiorari DENIED.